IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

REGIONS BANK                                                                                        PLAINTIFF

v.                                        No. 4:14CV000139 JLH

FIRST ARKANSAS BANK & TRUST                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is dismissed with prejudice.

IT IS SO ORDERED this 18th day of June, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE